defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOE LEVINE, as Administrator, etc., of BENJAMIN LEVINE, Deceased, v. ELM TRANSFER CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JANE V. WEST v. THE CITY OF NEW YORK, a Municipal Corporation, and Others. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LAWRENCE J. BYRNE, on Behalf of Himself and All Other Creditors of WILLIAM RIEMER, Doing Business, etc., v. WILLIAM RIEMER, Doing Business, etc., Impleaded with LOUIS M. TAYLOR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HELEN S. DAVIS v. METROPOLITAN FIREPROOF WAREHOUSE, INC. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.; Martin, J., dissents.

THE BANK OF UNITED STATES, by JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. NEW YORK CORRUGATED CASE CO., INC., and LOUIS ROSENFELD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ABNER GREENBERG v. DENTON AND HASKINS MUSIC PUBLISHING CO., INC.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SAMUEL GLATSTONE and Another v. EDBRO REALTY CO., INC.— Motion for leave to appeal to the Court of Appeals, or for a reargument denied, with ten dollars costs and stay vacated. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

G. A. BAKER & CO., INC., v. POLYGRAPHIC COMPANY OF AMERICA, INC., and NEW YORK GRAVURE CORPORATION. POLYGRAPHIC COMPANY OF AMERICA, INC., v. G. A. BAKER & CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon the filing by said Polygraphic Company of America, Inc., of the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [See

G. A. BAKER & CO., INC., v. POLYGRAPHIC COMPANY OF AMERICA, INC., and NEW YORK GRAVURE CORPORATION. POLYGRAPHIC COMPANY OF AMERICA, INC., v. G. A. BAKER & CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE NEW YORK TRUST COMPANY, as Committee of the Property of LOUISE BRUCE HILLS, an Incompetent, for the Construc-